150 A.3d 822

**OLIVER, Tyrell H.**

v.

**STATE of Maryland**

**Pet. Docket No. 391, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1842, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition both denied.

■

150 A.3d 822

**SPEARS**

v.

**VIN INVESTMENT**

**Pet. Docket No. 298, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

(No. CAL16–24461, Circuit Court for Prince George's County).

Petition for writ of certiorari denied.